Bunjaj v 37 W. 20 Co. (2024 NY Slip Op 00162)

Bunjaj v 37 W. 20 Co.

2024 NY Slip Op 00162

Decided on January 16, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 16, 2024

Before: Moulton, J.P., Kapnick, Scarpulla, Higgitt, O'Neill Levy, JJ. 

Index No. 33160/19, 43085/20 Appeal No. 1425 Case No. 2022-05439 

[*1]Drite Bunjaj etc., Plaintiff-Respondent,
v
37 West 20 Company, Defendant, 37 West 20, LLC, Defendant-Respondent-Appellant.
37 West 20, LLC, Third-Party Plaintiff-Respondent-Appellant,
v
E.G. Home Improvement Services Corp., Third-Party Defendant-Appellant-Respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Lucindo Suarez, J.), entered on or about October 28, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated December 22, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 16, 2024